(101 So. 924)

Neal LIVINGSTON v. STATE. (1 Div. 612.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition law.

FOSTER, J. In the absence of a bill of exceptions and the oral charge of the court, the charges refused to defendant cannot be reviewed. The record discloses no error. Affirmed.

(101 So. 924)

Dalton LOCK v. STATE. (1 Div. 566.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Grand larceny.

BRICKEN, P. J. Appeal dismissed, on motion of appellant.

(104 So. 922)

Marvin LOCK v. STATE. (3 Div. 492.) (Court of Appeals of Alabama. May 19, 1925.) Appeal from Circuit Court, Autauga County; George F. Smoot, Judge.

RICE, J. Appeal dismissed on motion of appellant.

(103 So. 925)

T. Z. LOCKHART v. STATE. (4 Div. 39.) (Court of Appeals of Alabama. March 24, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Distilling.

SAMFORD, J. We have examined the record and the rulings of the court as shown by the bill of exceptions. While there are several objections and exceptions to the admission of testimony, there are none of these rulings which we think are calculated to injuriously affect the defendant's case one way or the other. The defendant was either at the still where the whisky was admittedly being made, and aiding in its manufacture, or he was not. The state's witnesses say he was, and he says he was not. The case was properly submitted to the jury under appropriate instructions from the court. We find no prejudicial error in the record. Let the judgment be affirmed.

(100 So. 925)

Charlie LONG v. STATE. (7 Div. 984.) (Court of Appeals of Alabama. June 10, 1924.) Appeal from Circuit Court, Cleburne County; A. P. Agee, Judge. Violating prohibition law.

FOSTER, J. There is no bill of exceptions, and no error in the record. Affirmed.

(104 So. 922)

William E. LYNCH v. CITY OF BESSEMER. (6 Div. 657.) (Court of Appeals of Alabama. April 23, 1925.) Appeal from Circuit Court, Bessemer Division, Jefferson County; J. C. B. Gwin, Judge. Vagrancy.

PER CURIAM. Appeal dismissed for want of prosecution.

(100 So. 925)

B. C. LYNN v. STATE. (6 Div. 404.) (Court of Appeals of Alabama. May 13, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

(101 So. 924)

Carrie McCANTS v. CITY OF EUFAULA. (4 Div. 927.) (Court of Appeals of Alabama. Nov. 6, 1924.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge.

PER CURIAM. Appeal dismissed, for want of prosecution.

(102 So. 923)

G. C. McCLENDON v. STATE. (6 Div. 603.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County, H. P. Heflin, Judge. Desertion or nonsupport.

FOSTER, J. The appeal is on the record, without bill of exceptions. The record is in all respects regular, and the judgment is affirmed.

(102 So. 923)

John McCOY v. CITY OF BIRMINGHAM. (6 Div. 568.) (Court of Appeals of Alabama. Jan. 13, 1925.) Appeal from Circuit Court, Jefferson County; Leon McCord, Judge.

SAMFORD, J. This cause is pending in the court on the certificate of appeal only. Appellee makes his motion for an affirmance, but does not conform to the requirements of section 6111 of the Code of 1923. The motion to affirm must be denied, but the court ex mero motu dismisses the appeal for want of prosecution. Dismissed.